ABRAHAM SAVEDOFF, Respondent, v. AMERICAN MERCHANT MARINE INSURANCE COMPANY OF NEW YORK, Appellant.— Motion for leave to appeal to the Appellate

Division denied, with ten dollars costs. Present — Lazansky, P. J., Young, Carswell, Scudder and Tompkins, JJ.